NEW HAVEN SAVINGS BANK, SUCCESSOR TRUSTEE
*v.* SIMON R. LAPLACE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 66 Conn. App. 1 (AC 21388), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*William H. Clendenen, Jr.*, in support of the petition.

*John J. Resnik*, in opposition.

Decided November 14, 2001

WILLIAM H. HONAN ET AL. *v.* JOSEPH
DIMYAN ET AL.

The plaintiffs' amended petition for certification for appeal from the Appellate Court, 63 Conn. App. 702 (AC 20340), is denied.

No action will be taken on the original petition for certification.

*Nancy Burton*, in support of the petition.

Decided November 27, 2001

BRENDA ARDITO *v.* CHARLES E. OLINGER

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 295 (AC 19590), is denied.

*Thomas F. Brown*, in support of the petition.

Decided November 27, 2001